## Important Privacy Notice

REC'D JAN 2 3 2025

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial account numbers must include only the last four digits (e.g., xxx-xx-1234)

• Birth dates must include the year of birth only (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by initials only (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Donald Lorick
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Ikeem Banks
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☐ Yes  ☑ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.     **Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name            Donald Lorick
              Street Address   1518 Townsend st
              County, City     CHester, PA
              State & Zip Code  PA. 19013
              Telephone Number  484-655-9295

*Rev. 10/2009*

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Ikeem Banks_

Street Address _2500 State Rd, Bldg B unit 101_

County, City _(Bucks) ~~2500 State~~ Bensalem_

State & Zip Code _PA. 19020_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
Q  Federal Questions          Q  Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

*Rev. 10/2009*                    - 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III.    **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _Philadelphia, PA_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _1-19-25_
_8am_

**What happened to you?**

C.    Facts: _I Had delivered a load, I'm a Truck driver. I was working for Ikeem Banks from 1-13-25 to 1-19-25 delivering loads to CT from Deleware and to NY. when I was in NY I had hit another driver Mirror. I contacted my dispatch mike who told me to call Ikeem. I did then He refuse to Pay me Instead of firing me on the spot. He let me work all week without pay_

**Who did what?**

_Ikeem told me the contract say If I damage the vehicle I was In I would have to Pay but I never damaged the vehicle I was in the Contract never said If I damaged another Vehicle my check would be held._

**Was anyone else involved?**

_my dispatch Mike_

**Who else saw what happened?**

IV.　　Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____N/A_____

_____

_____

_____

_____

_____

_____

_____

V.　　Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____N/A_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Rev. 10/2009*　　　　　　　　　　　　　- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _22_ day of ___January___, 20_25_.

Signature of Plaintiff _Donald Lorick_
Mailing Address _1518 Townsend St_
_Chester, PA  19013_

Telephone Number _484-655-9295_
Fax Number *(if you have one)* _____
E-mail Address _donald_lorick@yahoo.com_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

*Rev. 10/2009*                      - 5 -